the premises; whether plaintiff husband's accident is partially attributable to a structural defect that defendants were contractually obligated to repair; and whether defendants had actual or constructive notice of the alleged defect. (Appeal from Order of Supreme Court, Niagara County, Rath, Jr., J.—Summary Judgment.) Present—Pine, J. P., Lawton, Callahan and Doerr, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TIMOTHY J. HAJDASZ, Appellant. (Appeal No. 1.) [617 NYS2d 658] —Judgment unanimously affirmed. Memorandum: The record establishes that defendant's guilty plea was knowing, voluntary and intelligent (see, People v Jefferson, 203 AD2d 908). Furthermore, defendant was afforded a reasonable opportunity to present the grounds for his challenge to the plea and his request for an adjournment and neither further inquiry nor an evidentiary hearing was required (see, People v Frederick, 45 NY2d 520, 525; People v McNair [appeal No. 1], 186 AD2d 1089, lv denied 80 NY2d 1028). (Appeal from Judgment of Oneida County Court, Burke, J.—Burglary, 3rd Degree.) Present—Denman, P. J., Pine, Balio, Callahan and Davis, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TIMOTHY J. HAJDASZ, Appellant. (Appeal No. 2.) [617 NYS2d 658] —Judgment unanimously affirmed. Same Memorandum as in People v Hajdasz ([appeal No. 1] 207 AD2d 1021 [decided herewith]). (Appeal from Judgment of Oneida County Court, Burke, J.—Burglary, 3rd Degree.) Present—Denman, P. J., Pine, Balio, Callahan and Davis, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TIMOTHY J. HAJDASZ, Appellant. (Appeal No. 3.) [617 NYS2d 659] —Judgment unanimously affirmed. Same Memorandum as in People v Hajdasz ([appeal No. 1] 207 AD2d 1021 [decided herewith]). (Appeal from Judgment of Oneida County Court, Burke, J.—Burglary, 3rd Degree.) Present—Denman, P. J., Pine, Balio, Callahan and Davis, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TIMOTHY J. HAJDASZ, Appellant. (Appeal No. 4.) [617 NYS2d 659] —Judgment unanimously affirmed. Same Memorandum as in People v Hajdasz ([appeal No. 1] 207 AD2d 1021 [decided herewith]). (Appeal from Judgment of Oneida County Court, Burke, J.—Burglary, 2nd Degree.) Present—Denman, P. J., Pine, Balio, Callahan and Davis, JJ.